IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : **REDACTED** |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 24 |
| BERNARD NOWAKOWSKI, | : |
| Defendant. | : |

## INDICTMENT

The federal grand jury for the District of Delaware charges that:

*Introduction*

1. From in or around 1993 until in or around September, 2004, United Electric Supply, hereinafter "UES," in New Castle, Delaware, employed the defendant, Bernard Nowakowski, as a credit representative working in credit collection. As a credit representative, the defendant had the authority to "key off," or transfer/delete credits that existed on customer accounts.

2. Between on or about November 14, 1997, and on or about May 24, 2004, the defendant deposited into his own bank account 358 checks totaling over $470,000 that had been submitted by UES customers to UES. The defendant covered the thefts by transferring credits into the accounts of the customers whose checks he stole.

*Charging Paragraphs*

## COUNTS ONE THROUGH FIVE

3. On or about the dates set forth below, in the State and District of Delaware, and

elsewhere, Bernard Nowakowski, defendant herein, transported and caused to be transported in interstate commerce the following securities of a value of $5,000 or more, corresponding to the following counts of the Indictment, knowing the same to have been taken by fraud, as described more fully in paragraphs one and two above, incorporated herein, each in violation of 18 U.S.C. § 2314:

| Count | Payor | Check No. | Amount | Date of Deposit |
| --- | --- | --- | --- | --- |
| One | ABB | 409512 | $5,294.49 | 10/23/00 |
| Two | ABB | 64731 | $5,539.52 | 4/10/01 |
| Three | Township of Pennsville | invoice no. 1798254-01 | $6,125.00 | 5/7/01 |
| Four | Ralston Purina | 988289 | $5,172.53 | 3/19/02 |
| Five | Harley Davidson | 5595794 | $5,403.00 | 11/12/02 |

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 5, 2005