AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

Bernard Nowakowski

New Castle, DE 19709

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   CR 05-24



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | April 14, 2005 at 1:00PM |

To answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___2314___

Brief description of offense:

INTERSTATE TRANSPORTATION OF STOLEN SECURITIES

2005 APR 13 AM 10: 01
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Evette Waison_, Deputy Clerk         April 6, 2005   at Wilmington, DE
Signature of Issuing Officer                Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  4-12-05
         Date

_DW Nimmer_
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR 13  AM 9:19

to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.