IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )   Crim. No. 05-024-SLR
                               )
BERNARD NOWAKOWSKI,            )
                               )
            Defendant.         )

O R D E R

At Wilmington this _2d_ day of June, 2005,

IT IS ORDERED that:

1.    A telephonic status conference is scheduled for
**Friday, June 10, 2005** at **9:00 a.m.**, with the court initiating
said call.

2.    The time between this order and **June 10, 2005**
shall be excluded under the Speedy Trial Act in the interests of
justice.  18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge