IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-024-SLR |
| | ) |
| BERNARD NOWAKOWSKI, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 10th day of June, 2005,

IT IS ORDERED that:

1. A telephone conference is scheduled for **Thursday, July 7, 2005 at 10:15 a.m.**, with the court initiating said call.

2. The time between this order and the **July 7, 2005** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge