

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*     *(302) 573-6277*
*1007 N. Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 1, 2005

The Honorable Sue L. Robinson
Chief U.S. District Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

      **Re:  United States v. Bernard Nowakowski**
            **Criminal Action No. 05-24-SLR**

Dear Chief Judge Robinson:

     The defendant, through his counsel, Christopher Koyste, notified the Government that he accepts the Government's plea offer. Therefore, the parties respectfully request that a date be set for a change of plea hearing. A copy of the proposed Memorandum of Plea Agreement is attached for the Court's review.

                                       Respectfully submitted,

                                       COLM F. CONNOLLY
                                       United States Attorney

                        BY:       /s/
                                       Beth Moskow-Schnoll
                                       Assistant United States Attorney

cc:     Christopher Koyste, Esq.
         Clerk, U.S. District Court