IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-024-SLR |
| BERNARD NOWAKOWSKI, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of September, 2005, having been advised by counsel that defendant was unable to attend the change of plea hearing scheduled for September 1, 2005 because of lack of transportation;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Wednesday, September 7, 2005** at **11:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **September 7, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge