UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 05-24-SLR |
| BERNARD NOWAKOWSKI, : | |
| Defendant, : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Bernard Nowakowski, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the sentencing hearing. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for January 4, 2006.

2. The Defense needs a continuance to fully address all sentencing issues. The Defense asserts that a continuance will allow sufficient time for all issues to be properly raised to the Court at the sentencing hearing. This is the first continuance request in this case.

3. USPO Walter P. Matthews, and AUSA Beth Moskow-Schnoll do not oppose this request for a continuance.

4. The parties respectfully request the Court to continue the sentencing hearing to March 9, 2006 at 9:00 a.m.

    **WHEREFORE**, Mr. Nowakowski respectfully requests the Court to continue the sentencing hearing to March 9, 2006 at 9:00 a.m.

                Respectfully Submitted,

                /s/ Christopher S. Koyste
                CHRISTOPHER S. KOYSTE, ESQUIRE
                Assistant Federal Public Defender
                704 King Street, Suite 110
                Wilmington, Delaware 19801
                Attorney for Bernard Nowakowski

DATED: December 15, 2005

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on December 15, 2005 to:

>Beth Moskow-Schnoll, Esq.
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ Christopher S. Koyste
>CHRISTOPHER S. KOYSTE, ESQUIRE
>Assistant Federal Public Defender
>704 King Street, Suite 110
>Wilmington, Delaware 19801
>Attorney for Bernard Nowakowski