UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
                  Plaintiff,        :
                                    :
            v.                      :        Criminal Action No. 05-24-SLR
                                    :
BERNARD NOWAKOWSKI,                 :
                                    :
                  Defendant,        :

## ORDER

Having considered Defendant's Motion for Continuance of Sentencing Hearing,

**IT IS HEREBY ORDERED** this _____ day of December, 2005, that Defendant's

Motion for Continuance of Sentencing Hearing is **GRANTED** and the January 4, 2006

Sentencing Hearing is continued to March 9, 2006 at 9:00 a.m.


_____
Chief Judge Sue L. Robinson
United States District Court


cc:    AUSA Beth Moskow-Schnoll
       AFPD Christopher Koyste