UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-24-SLR |
| BERNARD NOWAKOWSKI, | : |
| Defendant, | : |

**ORDER**

Having considered Defendant's Motion for Continuance of Sentencing Hearing,

**IT IS HEREBY ORDERED** this ___19th___ day of December, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and the January 4, 2006 Sentencing Hearing is continued to March 9, 2006 at 9:00 a.m.

_____
Chief Judge Sue L. Robinson
United States District Court

cc:   AUSA Beth Moskow-Schnoll
      AFPD Christopher Koyste