UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-24-SLR |
| | : | |
| BERNARD NOWAKOWSKI, | : | |
| | : | |
| Defendant, | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Bernard Nowakowski, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the sentencing hearing. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for March 9, 2006.

2. The Defense requests a continuance to fully address all sentencing issues which are complex in this action. The Defense asserts that a continuance will allow sufficient time for all issues to be properly presented to the Court at the sentencing hearing.

3. Counsel has spoken to USPO Walter P. Matthews and AUSA Beth Moskow-Schnoll who both do not oppose this request for a continuance.

4. The parties respectfully request the Court to continue the sentencing hearing to April 10, 2006 at 4:30 p.m.

**WHEREFORE**, Mr. Nowakowski respectfully requests the Court to continue the sentencing

hearing to April 10, 2006 at 4:30 p.m.

Respectfully Submitted,

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Bernard Nowakowski

DATED: February 17, 2006

**<u>CERTIFICATE OF SERVICE</u>**

Undersigned counsel certifies that this Motion for Continuance of Sentencing Hearing is

available for public viewing and downloading and was electronically delivered on February 17, 2005

to:

Beth Moskow-Schnoll, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Bernard Nowakowski