UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-24-SLR |
| BERNARD NOWAKOWSKI, | : | |
| Defendant, | : | |

### ORDER

Having considered Defendant's Motion for Continuance of Sentencing Hearing,

**IT IS HEREBY ORDERED** this ___21st___ day of February, 2006, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and the March 9, 2006 Sentencing Hearing is continued to April 10, 2006 at 4:30 p.m.

_____
Chief Judge Sue L. Robinson
United States District Court

cc:   AUSA Beth Moskow-Schnoll
      AFPD Christopher Koyste