IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD NOWAKOWSKI, )<br>)<br>Defendant. ) | Crim. No. 05-024-SLR |

O R D E R

At Wilmington this 6th day of April, 2006,

IT IS ORDERED that the sentencing of defendant scheduled for **April 10, 2006** at **4:30 p.m.** is **rescheduled** to begin at **10:00 a.m.** on the same day in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge