IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Crim. No. 05-024-SLR |
| BERNARD NOWAKOWSKI, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 10th day of May, 2006 having been advised by the United States Probation/Pretrial Office that the Bureau of Prisons has not designated an institution to which defendant may surrender on May 11, 2006 as ordered by the court;

IT IS ORDERED that defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on **Thursday, May 25, 2006** instead of **May 11, 2006.**

_____
United States District Judge